## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30859 |
| Abraham Miguel Sobrinho<br>Sara Costa Sobrinho | Chapter 7 |
| Debtors. | Judge David R Jones |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

      D. Anthony Sottile

      Authorized Agent for Home Point Financial Corporation

      394 Wards Corner Road, Suite 180

      Loveland, OH 45140

      Phone: 513.444.4100

      Email: bankruptcy@sottileandbarile.com

Dated: February 22, 2019

/s/ D. Anthony Sottile

D. Anthony Sottile

Authorized Agent for Creditor

Sottile & Barile, LLC

394 Wards Corner Road, Suite 180

Loveland, OH 45140

Phone: 513.444.4100

Email: bankruptcy@sottileandbarile.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 22, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

        Daniel J Ciment, Debtors' Counsel
        daniel@cimentlawfirm.com

        Lowell T Cage, Chapter 7 Trustee
        lcage@cagehill.com

        Office of the United States Trustee
        ustpregion07.hu.ecf@usdoj.gov

I further certify that on February 22, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

        Abraham Miguel Sobrinho, Debtor
        2202 Hollow Bloom Lane
        Katy, TX 77494

        Sarah Costa Sobrinho, Debtor
        2202 Hollow Bloom Lane
        Katy, TX 77494

        /s/ D. Anthony Sottile
        D. Anthony Sottile
        Authorized Agent for Creditor
        Sottile & Barile, LLC
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com